E-FILED 8/15/19
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA TASHA COATES, individually, and on behalf of other members of the general public similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED PARCEL SERVICE, INC., an Ohio corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:18-cv-03012-PSG-AFM<br><br>[~~PROPOSED~~] ORDER RE: JOINT STIPULATION TO DISMISS CASE<br><br>Judge:     Hon. Philip S. Gutierrez<br>Courtroom: 6A |

**ORDER**

Having read and considered the Parties' Joint Stipulation to Dismiss Case and **GOOD CAUSE APPEARING** therefore, the Court orders as follows:

1. Pursuant to the settlement agreement reached by Plaintiff La Tasha Coates and Defendant United Parcel Service, Inc., Plaintiff La Tasha Coates' claims in this action are dismissed with prejudice. No other claims remain as the Court denied Plaintiff's motion for class certification in its entirety on July 2, 2019, and that order is now final following the Plaintiff's withdrawal of her FRCP Rule 23(f) Petition to the Ninth Circuit Court of Appeals. To the extent any putative class member claims in this action existed at the time of filing, they are dismissed without prejudice.

2. This action is dismissed in its entirety, with the Court expressly retaining jurisdiction for the sole purpose of enforcing the terms of the parties' settlement agreement.

3. Parties to bear their own attorneys' fees and costs, except as provided in the settlement agreement.

**IT IS SO ORDERED.**

Dated: 8/15/19

PHILIP S. GUTIERREZ
Hon. Philip S. Gutierrez
District Court Judge